**No. 11-6121. Rodney Edrice Gunn Ash, Petitioner v. Joseph Nish, et al.**

565 U.S. 968, 132 S. Ct. 464, 181 L. Ed. 2d 303, 2011 U.S. LEXIS 7553, ▮▮▮▮

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-6124. Juan Manuel Chavez, Petitioner v. Randy Grounds, Warden.**

565 U.S. 968, 132 S. Ct. 464, 181 L. Ed. 2d 303, 2011 U.S. LEXIS 7583.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6151. Michael McInerney, Petitioner v. Lakes Crossing Center.**

565 U.S. 968, 132 S. Ct. 464, 181 L. Ed. 2d 303, 2011 U.S. LEXIS 7586.

October 17, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 127 Nev. 1159, 373 P.3d 941.

**No. 11-6162. Timothy D. Clark, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 968, 132 S. Ct. 473, 181 L. Ed. 2d 303, 2011 U.S. LEXIS 7543.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6166. Steven Anthony Graham, Petitioner v. L. Fuertes Rosario, et al.**

565 U.S. 968, 132 S. Ct. 465, 181 L. Ed. 2d 303, 2011 U.S. LEXIS 7513.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 430 Fed. Appx. 226.

**No. 11-6173. Robert R. Heffernan, Petitioner v. Grant Harris, Deputy Director, Arkansas Department of Correction, et al.**

565 U.S. 968, 132 S. Ct. 465, 181 L. Ed. 2d 303, 2011 U.S. LEXIS 7485.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 419 Fed. Appx. 706.

**No. 11-6251. Elbert Walker, Petitioner v. Mitchell County Board of Commissioners.**

565 U.S. 968, 132 S. Ct. 465, 181 L. Ed. 2d 303, 2011 U.S. LEXIS 7532.

October 17, 2011. Petition for writ of certiorari to the Supreme Court of Georgia denied.

**No. 11-6252. Alquan Muslim, Petitioner v. Michelle R. Ricci, Administrator, New Jersey State Prison, et al.**

565 U.S. 968, 132 S. Ct. 465, 181 L. Ed. 2d 303, 2011 U.S. LEXIS 7496.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.